# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1074
Lower Tribunal No. 2023-CJ-002071XX

_____

D.R.M.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
William D. Sites, Judge.

July 11, 2025

PER CURIAM.

The trial court's order is affirmed without prejudice to the Appellant filing in the trial court any appropriate motion under Florida Rule of Juvenile Procedure 8.135. Further, the case is remanded to the trial court to correct the scrivener's error in the trial court's order which incorrectly indicated that the Appellant pled guilty to the violation of probation.

AFFIRMED and REMANDED for correction.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.

Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED